IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MARK ALAN BROWN,** ) | |
| Plaintiff, ) | Civil Action No. 7:24cv00137 |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| **STATE FARM CORR. CNTR,** ) | By:  Robert S. Ballou |
| Defendant. ) | United States District Judge |

Plaintiff Mark Alan Brown, a Virginia inmate proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to his medical needs, against State Farm Correctional Center (Medical), which is located in Goochland County, Virginia.  Brown is now incarcerated at State Farm, and his claims are based on events alleged to have occurred at that facility.  Because Goochland is located within the jurisdiction of the United States District Court for the Eastern District of Virginia, and his claims appear to have no connection to the Western District of Virginia, the court finds it appropriate to transfer this case to the Eastern District of Virginia.  *See* 28 U.S.C. § 1406(a) (permitting district courts to transfer a case to the proper venue); 28 U.S.C. § 1391(b)(2) (providing that venue is proper in "a judicial district where a substantial part of the events or omissions giving rise to the claim occurred").

This action is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia.  The Clerk is DIRECTED to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the Eastern District of Virginia.  The Clerk shall **STRIKE** the case from the active docket of this court and provide a copy of this order to the plaintiff.

It is so **ORDERED.**

Enter:  February 28, 2024

*/s/ Robert S. Ballou*

Robert S. Ballou
United States District Judge